■ DONALD D. JEZIERSKI, Appellant, v NATIONWIDE MUTUAL INSURANCE COMPANY, Respondent. — Appeal from an order of the Supreme Court at Special Term (Kuhnen, J.), entered February 26, 1981 in Tompkins County, which denied plaintiff's motion for a default judgment and granted defendant's motion for permission to serve an answer. Order affirmed, with costs, on the

opinion of Mr. Justice Richard F. Kuhnen at Special Term. Mahoney, P. J., Sweeney, Kane, Casey and Weiss, JJ., concur.